IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOSEPH P. SEA, | ) |
| Plaintiff, | ) NO. C05-0159 |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of SSA, | ) MOTION FOR EAJA FEES |
| Defendant. | ) |

COMES NOW Joseph P. Sea, by and through Counsel, and moves the Court for its Order awarding attorney fees pursuant to the Equal Access to Justice Act, §28 U.S.C. 2412(d)(1)(B). Plaintiff requests an Order for attorney fees in the amount of $3,893.07 based on the performance of 23.9 hours in connection with the prosecution of the District Court action, payable to undersigned counsel, c/o Plaintiff.

Plaintiff's counsel states that pursuant to 28 U.S.C. 2412(d)(2)(B), plaintiff's net worth is less than $2,000,000.00.

Respectfully submitted,

**ORDER**
This motion is granted as requested.

/s/ John A. Jarvey
JOHN A. JARVEY
MAGISTRATE JUDGE
U.S. DISTRICT COURT
12/4/06

/s/ Michael DePree
Michael DePree
Bowman & DePree, L.L.C.
617 Brady Street
Davenport, IA  52803
Phone: (563) 323-6685
FAX:   (563) 333-2499